UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Alexis Alfredo Delgado Almeida,<br><br>*Petitioner*,<br><br>v.<br><br>Devery Mooneyham, in his official capacity As Warden of the Limestone County Detention Facility, et al.,<br><br>*Respondents*. | No. 6:26-CV-00456-CRW-DTG |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Alexis Alfredo Delgado Almeida's petition for writ of habeas corpus (Dkt. No. 1), filed on July 15, 2026. On August 25, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 2. Federal Respondents filed their response on September 4, 2026. Dkt. No. 4. Petitioner filed a reply in support of the petition on September 11, 2026. Dkt. No. 5. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225. *See Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D.

Tex. Oct. 14, 2026). Petitioner's remining arguments are denied for the reasons set forth in Respondents' response.

The Court has likewise denied similar requests for habeas relief on due-process grounds. *See id.* The Court incorporates by reference its prior analysis denying habeas relief in *Salas Rivera.* For the reasons stated in *Salas Rivera* and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on October 15, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE